NATHANIEL R. LUCEY, Esq. (SBN 260796)
MINGZI OUYANG, Esq. (SBN 314334)
ERICKSEN ARBUTHNOT
152 North Third Street, Suite 700
San Jose, CA 95112
Tel: (408) 286-0880
Fax: (408) 286-0337

Attorneys for Defendant
REAL TIME RESOLUTIONS, INC.

**IT IS SO ORDERED**
Judge Yvonne Gonzalez Rogers
3/4/2020

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR AGREDANO, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CAPITAL ONE, NATIONAL ASSOCIATION, a national corporation, and REAL TIME RESOLUTIONS, INC., a Texas corporation, and DOES 1 THROUGH 100, INCLUSIVE, <br><br> Defendants. | Case No. 18-CV-06865 YGR <br><br> **STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is stipulated by and between the parties hereto that this action is dismissed with prejudice as to all parties, each party to bear his or its own costs and attorney's fees.

DATED: February 27, 2020

ERICKSEN ARBUTHNOT

NATHANIEL R. LUCEY, Esq.
Attorneys for Defendant
REAL TIME RESOLUTIONS, INC.

DATED: February 27, 2020

SALVATORE AGREDANO,
Plaintiff

- 1 -
STIPULATION FOR DISMISSAL WITH PREJUDICE